# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

VINCENT EUGENE MCCRAY, SR.,

    Plaintiff,

v.                                                    CASE NO. 3:19cv3785-MCR-EMT

SANTA ROSA COUNTY JAIL, et al.,

    Defendants.
_____/

## **O R D E R**

The Chief Magistrate Judge issued a Report and Recommendation on January 13, 2020. ECF No. 6. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Chief Magistrate Judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 12th day of February 2020.

                     *s/ M. Casey Rodgers*
                     **M. CASEY RODGERS**
                     **UNITED STATES DISTRICT JUDGE**